Official Form 417A (12/18)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

**FILED 2020 FEB -6 AM 8:31**
**CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE**

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

Case # 07-10416

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Michael D. and Candence B. Lynch

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☐ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☐ Debtor
   ☐ Creditor
   ☐ Trustee
   ☒ Other (describe) Movants

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Reissued Memorandum Order Denying Motion To Reopen Chapter 11 Bankruptcy Case

2. State the date on which the judgment, order, or decree was entered: January 22, 2020

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Michael D. and Candence B. Lynch    Attorney: Pro se
   12860 SW 21 Street
   Miami, FL 33175

2. Party: Alan M. Jacobs    Attorney: Mark S. Indelicato, Esquire    Victoria A. Guilfoyle, Esquire
   Liquidating Trustee for the    Hahn &Hessen    Blank Rome LLP
   New Century Liquidating Trust    488 Madison Avenue    1201 Market Street, Suite 800
   New York, NY 10022    Wilmington, DE 19801

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

### APPEAL TO THE UNITED STATES DISTRICT COURT FOR DELEWARE

## Part 5: Sign below

_[signature]_

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: FEBRUARY 4, 2020

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Michael D. and Candence B. Lynch
12860 SW 21 Street
Miami, FL 33175
305-798-3460

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

## CERTIFICATE OF SERVICE         FILED

I *Michael D. Lynch, Pro se* do hereby certify on this 4th day of February, 2020
I caused one copy of the **Notice of Appeal and Statement of Election for the Order Denying Motion to Reopen Chapter 11 Bankruptcy Case No: 07-10416** to be served as follows:

Upon **Alan M. Jacobs, Liquidating Trustee for the New Century Liquidating Trust** via U.S. Postal Service certified mail, return receipt requested, postage prepaid, addressed to:

Alan M. Jacobs Liquidating Trustee for the New Century Liquidating Trust, 999 Central Avenue, Suite 208 Woodmere, NY 11598

**Copies** via U. S. Postal Service first class mail postage prepaid, to:

Mark S. Indelicato, Hahn & Hessen 488 Madison Avenue New York, NY 10022

And

Victoria A. Guilfoyle, Esquire Blank Rome LLP 1201 Market Street, Suite 800 Wilmington, DE 19801

_____
Michael D. Lynch Pro se

12860 SW 21 Street

Miami, FL 33175

305/798/3460

mlynch@yahoo.com