# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: New Century TRS Holdings, Inc., et al., | : | Chapter 11 |
| | : | |
| | : | Bankruptcy Case No. 07-10416 (BLS) |
| Debtors. | : | Bankruptcy BAP No. 20-03 |
| _____ | : | |
| | : | |
| CANDENCE B. LYNCH and MICHAEL D. LYNCH, | : | |
| | : | |
| Appelants, | : | |
| | : | |
| v. | : | C. A. No. 20-182-MN |
| | : | |
| NEW CENTURY TRS HOLDINGS, INC., | : | |
| | : | |
| Appellee. | : | |

## **RECOMMENDATION**

At Wilmington this **16th** day of **March , 2020**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, a teleconference was held on March 5, 2020 for an initial review and discussion with pro se plaintiff and counsel to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the issues involved in this case are not amenable to mediation and mediation at this stage would not be a productive exercise, a worthwhile use of judicial resources nor warrant the expense of the process.

Although pro se appellant indicated that he and his wife, who is also an appellant

in this matter, wanted to proceed with mediation, appellee did not believe mediation would be worthwhile because the trust is dissolved, and there are no funds remaining in the Estate.

During the teleconference, the court advised that it would be recommending this matter be removed from mandatory mediation. Appellant was also advise of the right to file objections within the ten(10) period pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1. The participating appellant indicated that he intended to file objections to this recommendation.

This Recommendation was mailed to appellants on March 16, 2020 and emailed to appellant Michael Lynch on the same date.

THEREFORE, IT IS RECOMMENDED that, pursuant to paragraph 2(a) Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District and 28 U.S.C. § 636(b), this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court. Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge