IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: NEW CENTURY TRS HOLDINGS, INC., et al., | Chapter 11<br>Case No. 07-10416 (BLS) |
| CANDENCE B. LYNCH and MICHAEL D. LYNCH,<br><br>    Appellants,<br><br>    v.<br><br>NEW CENTURY TRS HOLDINGS, INC.,<br><br>    Appellee. | C.A. No. 20-182 (MN)<br>BAP No. 20-03 |

## ORDER

WHEREAS, on March 16, 2020, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 8) recommending that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 3rd day of April 2020 that the Recommendation is ADOPTED and this matter is withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, on or before May 4, 2020, the parties shall submit a proposed briefing schedule for this appeal.

The Honorable Maryellen Noreika
United States District Court